is postponed to the hearing of the case on the merits. The appellants are requested to discuss on brief and oral argument the right of the union to sue for an injunction upon behalf of its members. *Norman Leonard* for appellants. 

No. 198. MICHIGAN-WISCONSIN PIPE LINE Co. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL.; and
No. 200. PANHANDLE EASTERN PIPE LINE Co. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL. Appeals from the Court of Civil Appeals of Texas, Third Supreme Judicial District. Further consideration of the motions to dismiss or affirm and of the jurisdiction of this Court in these cases is postponed to the hearing of the cases on the merits. *D. H. Culton, Everett L. Looney* and *R. Dean Moorhead* for appellants. With them were *S. A. L. Morgan* in No. 198, and *Edward H. Lange* and *Gene Woodfin* in No. 200. *John Ben Shepperd,* Attorney General of Texas, and *W. V. Geppert* and *C. K. Richards,* Assistant Attorneys General, for appellees. Reported below: 255 S. W. 2d 535.

No. 199. MICHIGAN-WISCONSIN PIPE LINE Co. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL.; and
No. 201. PANHANDLE EASTERN PIPE LINE Co. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL. Appeals from the Supreme Court of Texas. Further consideration of the motions to dismiss or affirm and of the jurisdiction of this Court in these cases is postponed to the hearing of the cases on the merits. *D. H. Culton, Everett L. Looney* and *R. Dean Moorhead* for appellants. With them were *S. A. L. Morgan* in No. 199, and *Edward H. Lange* and *Gene Woodfin* in No. 201. *John Ben Shepperd,* Attorney General of Texas, and *W. V. Geppert* and *C. K. Richards,* Assistant Attorneys General, for appellees.